Acknowledged.
JRS, DJ, 8/23/2023.

Distribution to all counsel of record via CM/ECF.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION

| | |
|---|---|
| INDIANA STATE UNIVERSITY, et al. ) | |
|     Plaintiffs, ) | |
| ) | |
| vs. ) | 2:23-cv-00274-JRS-MG |
| ) | |
| MERRICK GARLAND, et al. ) | |
|     Defendants. ) | |

### PLAINTIFFS' NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)(A)

Plaintiffs, Indiana State University and Dr. Mojtaba Parsaee, by and through counsel, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A), voluntarily dismiss the Complaint for Declaratory and Injunctive Relief and for Writ of Mandamus filed in this matter on June 8, 2023 [Dkt. 1]. The issues in the case have been resolved. This matter was not filed as a class action, and no class certification has been requested under Federal Rule of Civil Procedure 23. Likewise, this matter does not involve a receiver under Federal Rule of Civil Procedure 66. Accordingly, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A), the case may be voluntarily dismissed by Plaintiffs without motion to the court.

Respectfully submitted,
**Lewis & Kappes, P.C.**

*/s/ Thomas R. Ruge*
Thomas R. Ruge, Atty No. 6151-49
Allison L. Upchurch, Atty. No. 36484-29
One American Square, Suite 2500
Indianapolis, Indiana, 46282
Tel:    (317) 639-1210
Fax:    (317) 639-4882
Email: truge@lewis-kappes.com
Email: aupchurch@lewis-kappes.com
*Attorneys for Plaintiffs, Dr. Mojtaba Parsae and Indiana State University*